*Carmen Gonzalez v. United Seating and Mobility, L.L.C., dba Numotion, a Missouri limited liability company, et al.*

## INDEX OF ATTACED EXHIBIT TO DEFENDANT UNITED SEATING AND MOBILITY, LLC'S NOTICE OF REMOVAL

| Description | Exhibit No. |
| --- | --- |
| **True and complete copies of the entirety of the state court docket's filings, including a copy of the most recent docket.** | A |

# EXHIBIT A

Case and Party Search    Case and Event Search

🛒 Shopping cart is Empty        jcomeau-mayer@swlaw.com            Message Center    Help

## « Back to search results

Case Details                                                    Results 1 - 1 of 1 for . (0.02 seconds)

## Case Information

| Search Case Number | Case Filing Date | Case Title | Case General Category Description | Case Category Short Description | Case Status | Court Name | Judicial Officer Name |
|---|---|---|---|---|---|---|---|
| C20231090 | 03/10/2023 | CARMEN GONZALES VS. NUMOTION ET AL. | Civil Case (C) | Tort Non-Motor Vehicle | Open | Pima County Superior | |

## Party Information

| First Name | Middle Name | Last Name | Date Of Birth | Role | City | State | Vehicle Registration Hold |
|---|---|---|---|---|---|---|---|
| MICHAEL | E. | MEDINA | | Attorney | | | N |
| STEVEN | ERIC | WEINBERGER | | Attorney | | | N |
| | | INVACARE | | Defendant | | | N |
| CARMEN | | GONZALES | | Plaintiff | | | N |
| | | DAVIS MILES MCGUIRE GARDNER, PLLC | | Attorney Firm | | | N |
| TAYLOR | | CALMELAT | | Attorney | | | N |
| | | NUMOTION | | Defendant | | | N |
| | | ALBER GMBH | | Defendant | | | N |

## Charge Information

| Charge Code | Charge Description | Charge Class | Disposition | Disposition Date |
|---|---|---|---|---|

## Case Event Information

| Event Type Description | Event Date | Preview Document | Add to Cart |
|---|---|---|---|
| Fastar Certificate | 03/10/2023 | | Add to Cart |
| Petition & Complaint | 03/10/2023 | | Add to Cart |
| Summons/Subpoena | 03/10/2023 | | Add to Cart |
| Documents/Records Filed | 03/10/2023 | | Add to Cart |
| Summons/Subpoena | 03/10/2023 | | Add to Cart |
| Summons/Subpoena | 03/10/2023 | | Add to Cart |
| All Money Receipts | 03/10/2023 | | Add to Cart |

| Event Type Description | Event Date | Preview Document | Add to Cart |
|---|---|---|---|
| Notice Of Impending Dismissal | 05/12/2023 | | Add to Cart |
| Certificate Of Service | 05/16/2023 | | Add to Cart |

## Hearing Information

| CourtRoom Description | Date | Description | Description |
|---|---|---|---|
| No data available in table | | | |




## Pima County Clerk of Superior Court
### Tucson, Arizona

|  |  |
|---|---|
| | Receipt Number:  3594922 |

Received for:  Carmen Gonzales

Date:  3/13/2023

Received from:  Pernell McGuire

Case Number:  C20231090

Amount Received:  $258.00

Clerk Number:  1,738

Caption:  CARMEN GONZALES VS. NUMOTION ET AL.

Cash: $0.00          Check:  $0.00          Charge: $0.00          ACH: $258.00

*Begin Financial Docket*

Civil Complaint                                                    $258.00      PAID

*End Financial Docke*

Change Returned:   $0.00

Amount Refunded:   $0.00

Page 1 of 1

Person/Attorney Filing: Michael Medina
Mailing Address: 40 E. Rio Salado Pkwy., Ste. 425
City, State, Zip Code: Tempe, AZ 85281
Phone Number: (480)344-4035
E-Mail Address: jdominguez@davismiles.com
[ ] Representing Self, Without an Attorney
(If Attorney) State Bar Number: 014846, Issuing State: AZ

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
## IN AND FOR THE COUNTY OF PIMA

Carmen Gonzales
Plaintiff(s),
v.
Numotion, et al.
Defendant(s).

Case No. C20231090

**SUMMONS**

HON. CYNTHIA T. KUHN

To: Alber GmbH

**WARNING: THIS AN OFFICIAL DOCUMENT FROM THE COURT THAT AFFECTS YOUR RIGHTS.  READ THIS SUMMONS CAREFULLY. IF YOU DO NOT UNDERSTAND IT, CONTACT AN ATTORNEY FOR LEGAL ADVICE.**

1. A lawsuit has been filed against you. A copy of the lawsuit and other court papers were served on you with this Summons.

2. If you do not want a judgment taken against you without your input, you must file an Answer in writing with the Court, and you must pay the required filing fee. To file your Answer, take or send the papers to Clerk of the Superior Court, 110 West Congress Street, Tucson, Arizona 85701 or electronically file your Answer through one of Arizona's approved electronic filing systems at http://www.azcourts.gov/efilinginformation.
Mail a copy of the Answer to the other party, the Plaintiff, at the address listed on the top of this Summons.
Note: If you do not file electronically you will not have electronic access to the documents in this case.

3. If this Summons and the other court papers were served on you within the State of Arizona, your Answer must be filed within TWENTY (20) CALENDAR DAYS from the date of service, not counting the day of service. If this Summons and the other court papers were served on you outside the State of Arizona, your Answer must be filed within THIRTY (30) CALENDAR DAYS from the date of service, not counting the day of service.

AZturboCourt.gov Form Set #7764291

Requests for reasonable accommodation for persons with disabilities must be made to the court by parties at least 3 working days in advance of a scheduled court proceeding.

GIVEN under my hand and the Seal of the Superior Court of the State of Arizona in and for the County of  PIMA



SIGNED AND SEALED This Date: 3/13/2023

Gary Harrison
Clerk of the Superior Court

BY:    ALAN WALKER  /s/
                    Deputy Clerk

2

Person/Attorney Filing: Michael Medina
Mailing Address: 40 E. Rio Salado Pkwy., Ste. 425
City, State, Zip Code: Tempe, AZ 85281
Phone Number: (480)344-4035
E-Mail Address: jdominguez@davismiles.com
[  ] Representing Self, Without an Attorney
(If Attorney) State Bar Number: 014846, Issuing State: AZ

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
IN AND FOR THE COUNTY OF PIMA

Carmen Gonzales
Plaintiff(s),
v.
Numotion, et al.
Defendant(s).

Case No. C20231090

**SUMMONS**

HON. CYNTHIA T. KUHN

To: Invacare

**WARNING: THIS AN OFFICIAL DOCUMENT FROM THE COURT THAT AFFECTS YOUR RIGHTS.  READ THIS SUMMONS CAREFULLY. IF YOU DO NOT UNDERSTAND IT, CONTACT AN ATTORNEY FOR LEGAL ADVICE.**

1.  A lawsuit has been filed against you. A copy of the lawsuit and other court papers were served on you with this Summons.

2.  If you do not want a judgment taken against you without your input, you must file an Answer in writing with the Court, and you must pay the required filing fee. To file your Answer, take or send the papers to Clerk of the Superior Court, 110 West Congress Street, Tucson, Arizona 85701 or electronically file your Answer through one of Arizona's approved electronic filing systems at http://www.azcourts.gov/efilinginformation.
    Mail a copy of the Answer to the other party, the Plaintiff, at the address listed on the top of this Summons.
    Note: If you do not file electronically you will not have electronic access to the documents in this case.

3.  If this Summons and the other court papers were served on you within the State of Arizona, your Answer must be filed within TWENTY (20) CALENDAR DAYS from the date of service, not counting the day of service. If this Summons and the other court papers were served on you outside the State of Arizona, your Answer must be filed within THIRTY (30) CALENDAR DAYS from the date of service, not counting the day of service.

AZturboCourt.gov Form Set #7764291

Requests for reasonable accommodation for persons with disabilities must be made to the court by parties at least 3 working days in advance of a scheduled court proceeding.

GIVEN under my hand and the Seal of the Superior Court of the State of Arizona in and for the County of  PIMA



SIGNED AND SEALED This Date: 3/13/2023

Gary Harrison
Clerk of the Superior Court


BY:    ALAN WALKER  /s/
                      Deputy Clerk

2

Person/Attorney Filing: Michael Medina
Mailing Address: 40 E. Rio Salado Pkwy., Ste. 425
City, State, Zip Code: Tempe, AZ 85281
Phone Number: (480)344-4035
E-Mail Address: jdominguez@davismiles.com
[ ] Representing Self, Without an Attorney
(If Attorney) State Bar Number: 014846, Issuing State: AZ

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
IN AND FOR THE COUNTY OF PIMA

Carmen Gonzales
Plaintiff(s),
v.
Numotion, et al.
Defendant(s).

Case No. C20231090

**SUMMONS**

HON. CYNTHIA T. KUHN

To: Numotion

**WARNING: THIS AN OFFICIAL DOCUMENT FROM THE COURT THAT AFFECTS YOUR RIGHTS.  READ THIS SUMMONS CAREFULLY. IF YOU DO NOT UNDERSTAND IT, CONTACT AN ATTORNEY FOR LEGAL ADVICE.**

1. A lawsuit has been filed against you. A copy of the lawsuit and other court papers were served on you with this Summons.

2. If you do not want a judgment taken against you without your input, you must file an Answer in writing with the Court, and you must pay the required filing fee. To file your Answer, take or send the papers to Clerk of the Superior Court, 110 West Congress Street, Tucson, Arizona 85701 or electronically file your Answer through one of Arizona's approved electronic filing systems at http://www.azcourts.gov/efilinginformation.
Mail a copy of the Answer to the other party, the Plaintiff, at the address listed on the top of this Summons.
Note: If you do not file electronically you will not have electronic access to the documents in this case.

3. If this Summons and the other court papers were served on you within the State of Arizona, your Answer must be filed within TWENTY (20) CALENDAR DAYS from the date of service, not counting the day of service. If this Summons and the other court papers were served on you outside the State of Arizona, your Answer must be filed within THIRTY (30) CALENDAR DAYS from the date of service, not counting the day of service.

Requests for reasonable accommodation for persons with disabilities must be made to the court by parties at least 3 working days in advance of a scheduled court proceeding.

GIVEN under my hand and the Seal of the Superior Court of the State of Arizona in and for the County of  PIMA



SIGNED AND SEALED This Date: 3/13/2023

Gary Harrison
Clerk of the Superior Court

BY:    ALAN WALKER  /s/
               Deputy Clerk

2

FILED
Gary Harrison
CLERK, SUPERIOR COURT
3/10/2023 2:49:03 PM
BY: ALAN WALKER  /s/
DEPUTY

# In the Superior Court of the State of Arizona
# In and For the County of Pima

**Plaintiff's Attorneys:**

Michael Medina - Primary Attorney
Bar Number: 014846, issuing State: AZ
Law Firm: Davis Miles McGuire Gardner, PLLC
40 E. Rio Salado Pkwy., Ste. 425
Tempe, AZ 85281
Telephone Number: (480)344-4035
Email address: jdominguez@davismiles.com

C20231090

Steven Weinberger
Bar Number: 015349, issuing State: AZ
Law Firm: Davis Miles McGuire Gardner, PLLC
Telephone Number: (480)733-6800

HON. CYNTHIA T. KUHN

Taylor Calmelat
Bar Number: 037127, issuing State: AZ
Law Firm: Davis Miles McGuire Gardner, PLLC
Telephone Number: (480)733-6800

**Plaintiff:**

Carmen Gonzales
40 E rio Salado Pkwy
Tempe, AZ 85281
Telephone Number: (917)657-4328

**Defendants:**

Numotion
2070 Little Hills Expy
Saint Charles, MO 63301

Invacare
1 Invacare Way
Elyria, OH 44035

Alber GmbH
Vor Dem Weiben Stein
Baden Wurttemberg, Germany 72461, GERMANY

AZTurboCourt.gov Form Set #7764291

Discovery Tier t3

Case Category: Tort Non-Motor Vehicle
Case Subcategory: Product Liability

AZTurboCourt.gov Form Set #7764291

Person/Attorney Filing: Michael Medina
Mailing Address: 40 E. Rio Salado Pkwy., Ste. 425
City, State, Zip Code: Tempe, AZ 85281
Phone Number: (480)344-4035
E-Mail Address: jdominguez@davismiles.com
[ ] Representing Self, Without an Attorney
(If Attorney) State Bar Number: 014846, Issuing State: AZ

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
IN AND FOR THE COUNTY OF PIMA

Carmen Gonzales
Plaintiff(s),

v.

Numotion, et al.
Defendant(s).

To: Numotion

Case No C20231090

**SUMMONS**

HON. CYNTHIA T. KUHN

**WARNING: THIS AN OFFICIAL DOCUMENT FROM THE COURT THAT AFFECTS YOUR RIGHTS. READ THIS SUMMONS CAREFULLY. IF YOU DO NOT UNDERSTAND IT, CONTACT AN ATTORNEY FOR LEGAL ADVICE.**

1. A lawsuit has been filed against you. A copy of the lawsuit and other court papers were served on you with this Summons.

2. If you do not want a judgment taken against you without your input, you must file an Answer in writing with the Court, and you must pay the required filing fee. To file your Answer, take or send the papers to Clerk of the Superior Court, 110 West Congress Street, Tucson, Arizona 85701 or electronically file your Answer through one of Arizona's approved electronic filing systems at http://www.azcourts.gov/efilinginformation. Mail a copy of the Answer to the other party, the Plaintiff, at the address listed on the top of this Summons.
Note: If you do not file electronically you will not have electronic access to the documents in this case.

3. If this Summons and the other court papers were served on you within the State of Arizona, your Answer must be filed within TWENTY (20) CALENDAR DAYS from the date of service, not counting the day of service. If this Summons and the other court papers were served on you outside the State of Arizona, your Answer must be filed within THIRTY (30) CALENDAR DAYS from the date of service, not counting the day of service.

AzturboCourt.gov Form Set #7764291

Requests for reasonable accommodation for persons with disabilities must be made to the court by parties at least 3 working days in advance of a scheduled court proceeding.

GIVEN under my hand and the Seal of the Superior Court of the State of Arizona in and for the County of PIMA



SIGNED AND SEALED This Date: 3/13/2023

Gary Harrison
Clerk of the Superior Court

BY:    ALAN WALKER /s/
                Deputy Clerk

2

FILED
Gary Harrison
CLERK, SUPERIOR COURT
3/10/2023 2:49:03 PM
BY: ALAN WALKER /s/
DEPUTY

## Davis Miles
### McGuire Gardner

40 E. Rio Salado Parkway, Suite 425
Tempe, AZ 85281
Telephone: (480) 733-6800
Fax: (480) 733-3748
efile.dockets@davismiles.com
**Michael E. Medina, Jr., SBN 014846**
mmedina@davismiles.com
**Steven Weinberger, SBN 015349**
sweinberger@davismiles.com
**Taylor Calmelat, SBN 037127**
tcalmelat@davismiles.com

C20231090

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

HON. CYNTHIA T. KUHN

## IN AND FOR THE COUNTY OF PIMA

| | |
|---|---|
| CARMEN GONZALEZ;<br><br>Plaintiff,<br><br>vs.<br><br>UNITED SEATING AND MOBILITY, L.L.C., dba NUMOTION, a Missouri limited liability company; INVACARE CORPORATION, an Ohio Corporation, fka as ALBER, USA, LLC, an Ohio Corporation; ALBER GmbH, a foreign corporation; DOES I through X, ABC PARTNERSHIPS I through X, and BLACK CORPORATIONS I through X,<br><br>Defendants. | **CASE NO.**<br><br>**COMPLAINT**<br><br>**TORT NON-MOTOR VEHICLE**<br><br>**TIER 3** |

Plaintiff Carmen Gonzalez, by and through undersigned counsel, alleges as follows:

### PARTIES, JURISDICTION, AND VENUE

1.    Plaintiff Carmen Gonzalez is a resident of the State of Arizona, Pima County.

2.    The events giving rise to this matter occurred in the State of Arizona, Pima County.

1

3.     Defendant United Seating and Mobility, L.L.C. doing business as Numotion ("Numotion") is a Missouri corporation conducting business in the State of Arizona, Maricopa County.

4.     Defendant Invacare Corporation ("Invacare") formerly known as Alber USA, LLC, is an Ohio corporation conducting business in the State of Arizona, Maricopa County.

5.     Defendant Alber GmbH ("Alber") is a German corporation conducting business in State of Arizona, Maricopa County.

6.     DOES I-X, ABC Partnerships I-X, and XYZ Corporations I-X are corporations, businesses, entities, persons, agents, servants, or employees whose true names are not known to Plaintiffs at the present time. Plaintiffs are informed and upon information and belief, alleges that DOES I-X, ABC Partnerships I-X, and XYZ Corporations I-X are residents of the State of Arizona or are doing business in the State of Arizona. When the true names of said persons, agents, servants, employees, corporations, or entities become known to Plaintiff, he will ask leave of the court to amend the Complaint to reflect such true names together with the appropriate charging instruction allegations. Each of these Defendants caused Plaintiff's injuries and damages by their negligence or by their breach of duties owed to Plaintiff or is otherwise responsible as a matter of law for the acts of others who caused Plaintiff's injuries and damages by such negligence and breach of duty.

7.     All acts complained of were done by Defendants or their authorized agents, and if done by Defendants' employees, were performed while in the course and scope of their employment so that Defendants are legally responsible for their agents' or employees' acts.

8.     For purposes of Tier Classification, this case belongs in Tier 3.

## GENERAL ALLEGATIONS

9.     Plaintiff re-alleges and incorporates by reference all prior allegations of this Complaint as though fully set forth herein.

2

10.    On March 21, 2021, Plaintiff Carmen Gonzalez was using her Alber E-Fix (electric) Wheelchair ("The Wheelchair") near the exit at the apartment complex where she resided at 3985 N. Stone Avenue in Tucson, Arizona.

11.    Suddenly, The Wheelchair stopped working.

12.    As a result, Plaintiff Carmen Gonzalez was ejected from the Wheelchair landing on her elbows.

13.    Plaintiff Carmen Gonzalez, who suffers from muscular dystrophy, suffered injuries to her back, shoulder, hands, neck, hip, pelvis, and knees.

14.    On March 22, 2021, Plaintiff Carmen Gonzalez was transported to Banner University Hospital Emergency Room. For treatment.

15.    Prior to March 21, 2021, Plaintiff Carmen Gonzalez had contacted Defendant Numotion about problems with The Wheelchair.

16.    Despite her complaints, Defendant Numotion had never responded to Plaintiff Carmen Gonzalez's complaints and the problems with The Wheelchair persisted.

17.    Defendant Invacare formerly known as Alber USA, LLC entered distributed and entered The Wheelchair into the stream of commerce.

18.    Since the time of the ejection, Plaintiff Carmen Gonzalez has continually suffered pain and has undergone treatment for her pain and injuries.

## COUNT I – STRICT PRODUCTS LIABILITY
## AGAINST ALBER

19.    Plaintiff Carmen Gonzalez re-alleges and incorporates by reference all preceding paragraphs of this Complaint as though fully set forth herein.

20.    Defendant Alber designed, manufactured, tested, inspected, warranted, marketed, distributed, and sold The Wheelchair.

21.    Defendant Alber was in the business of selling and distribution wheelchairs when The Wheelchair was distributed and sold and The Wheelchair was in a defective and unreasonably dangerous condition when distributed and sold.

3

22.    At the above-described time and place, The Wheelchair was being used in a manner foreseeable by Defendant Alber and as so used, was defective, unfit and unreasonably dangerous for its intended and/or foreseeable uses.

23.    The Wheelchair was additionally defective and unreasonably dangerous in that Defendant Alber failed to provide adequate warnings including, but not limited to, warnings about the dangers and adequate instructions concerning its use.

24.    Plaintiff Carmen Gonzalez's ejection and injuries were a direct and proximate result of a defect or defects in The Wheelchair and/or the failure of Defendant Alber to warn and instruct as to the safe and proper use of its tire. As a result, Defendant Alber should be held strictly liable in tort to Plaintiff Carmen Gonzalez.

25.    As a direct and proximate result of the defective nature of The Wheelchair and said deficiencies in warnings and/or instructions, Plaintiff Carmen Gonzalez suffered significant bodily injuries, some of which may be permanent in nature. In addition, Plaintiff Carmen Gonzalez experienced severe emotional distress, pain and suffering, and loss of enjoyment of life, caused by Defendant Alber's tortious behavior.

**SECOND CAUSE OF ACTION**

**NEGLIGENCE AGAINST ALBER**

26.    Plaintiff Carmen Gonzalez re-alleges and incorporates by reference all prior allegations set forth in this Complaint as though fully set forth herein.

27.    Defendant Alber was negligent and careless in the design, manufacture, inspection, assembly, installation, distribution, maintenance, and sale of The Wheelchair and in the failure to warn and instruct with respect to the safe and proper use of the Wheelchair.

28.    As a direct and proximate result of such negligence and carelessness, Plaintiff Carmen Gonzalez suffered significant bodily injuries, some of which may be permanent in nature. In addition, Plaintiff Carmen Gonzalez experienced severe emotional distress, pain and suffering, and loss of enjoyment of life, caused by Defendant Alber's tortious behavior.

4

///

///

///

## THIRD CAUSE OF ACTION

## NEGLIGENCE AGAINST NUMOTION

29. Plaintiff Carmen Gonzalez re-alleges and incorporates by reference all prior allegations set forth in this Complaint as though fully set forth herein.

30. Defendant Numotion provided The Wheelchair to Plaintiff Carmen Gonzalez for her use.

31. At the time Defendant Numotion provided The Wheelchair Defendant Numotion to Carmen Gonzalez, it knew or should have known that Plaintiff Carmen Gonzalez could not independently ambulate and exclusively used The Wheelchair to ambulate.

32. Defendant Numotion negligently failed to ensure The Wheelchair was in safe working condition and without defect before providing it to Plaintiff Carmen Gonzalez.

33. Defendant Numotion negligently failed to inspect and repair The Wheelchair when Plaintiff Carmen Gonzalez informed it of the problems that she was experiencing with The Wheelchair.

34. Defendant Numotion knew or should have known The Wheelchair and its system and components were unreasonably dangerous or defective when it provided The Wheelchair to Plaintiff Carmen Gonzalez.

35. Defendant Numotion's acts and omissions proximately caused Plaintiff Carmen Gonzalez's injuries.

36. As a direct and proximate result of such negligence and carelessness, Plaintiff Carmen Gonzalez suffered significant bodily injuries, some of which may be permanent in nature. In addition, Plaintiff Carmen Gonzalez experienced severe emotional distress, pain and suffering, and loss of enjoyment of life, caused by Defendant Numotion's tortious behavior.

5

## FOURTH CAUSE OF ACTION

## NEGLIGENCE AGAINST INVACARE

37.    Plaintiff Carmen Gonzalez re-alleges and incorporates by reference all prior allegations set forth in this Complaint as though fully set forth herein.

38.    Defendant Invacare distributed and entered The Wheelchair into the stream of commerce.

39.    Defendant Invacare had a duty to exercise ordinary care and due diligence before in distributing and entering The Wheelchair into the stream of commerce.

40.    Defendant Invacare knew or should have known that its failure to properly inspect The Wheelchair could cause serious injury or harm.

41.    As a direct and proximate result of such negligence and carelessness, Plaintiff Carmen Gonzalez suffered significant bodily injuries, some of which may be permanent in nature. In addition, Plaintiff Carmen Gonzalez experienced severe emotional distress, pain and suffering, and loss of enjoyment of life, caused by Defendant Invacare's tortious behavior.

WHEREFORE, Plaintiffs pray for judgment against Defendants as follows:

(1)    For the reasonable value of medical expenses incurred by Carmen Gonzalez;

(2)    For the reasonable value of lost wages and lost earning capacity;

(3)    For pain and suffering;

(4)    For costs of this suit;

(5)    For punitive and exemplary damages; and

(6)    For such other and further relief as the Court deems just and proper.

Dated this 10th day of March, 2023.

DAVIS MILES MCGUIRE GARDNER, PLLC

By: /s/ Michael Medina
Michael E. Medina, Jr.
Steven Weinberger
Taylor Calmelat
40 E. Rio Salado Parkway, Suite 425

6

Tempe, AZ  85281
*Attorneys for Plaintiffs*

7

FILED
Gary Harrison
CLERK, SUPERIOR COURT
3/10/2023 2:49:03 PM
BY: ALAN WALKER /s/
DEPUTY

PERSON/ATTORNEY FILING: Michael Medina
MAILING ADDRESS: 40 E. Rio Salado Pkwy., Ste. 425
CITY, STATE, ZIP CODE: Tempe, AZ 85281
PHONE NUMBER: (480)344-4035
E-MAIL ADDRESS: jdominguez@davismiles.com
[ □ ] REPRESENTING SELF, WITHOUT AN ATTORNEY
(IF ATTORNEY) STATE BAR NUMBER: 014846, Issuing State: AZ

## ARIZONA SUPERIOR COURT, PIMA COUNTY
C20231090

Carmen Gonzales
Plaintiff(s),

V.

Numotion, et al.
Defendant(s).

CASE NO: _____

HON. CYNTHIA T. KUHN

**RULE 102a FASTAR CERTIFICATE**

The undersigned certifies that he or she knows the eligibility criteria set by FASTAR Rule 101b

and certifies that this case:

# (NOTE – YOU MUST CHECK ONE OF THE BOXES BELOW OR THE CLERK WILL NOT ACCEPT THIS FORM.)

☐ **DOES** meet the eligibility criteria established by Rule 101b; or

☒ **DOES NOT** meet the eligibility criteria established by Rule 101b.

Dated: _____

Michael Medina /s/
_____
SIGNATURE

AZturboCourt.gov Form Set #7764291

FILED
GARY L. HARRISON
CLERK, SUPERIOR COURT

**IN THE SUPERIOR COURT OF THE STATE OF ARIZONA**

23 MAY 12 PH 12: 37

**IN AND FOR THE COUNTY OF PIMA**

CARMEN GONZALES VS. NUMOTION ET AL.    SANDRA BAY, DEPUTY

Case:   C20231090
Date:   5/12/2023

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### NOTICE RE: IMPENDING DISMISSAL

It appearing that service of summons and complaint has not been made upon the defendant(s) listed below,

YOU ARE HEREBY NOTIFIED THAT the action will be dismissed without prejudice AS TO THE DEFENDANT(S) LISTED BELOW without further notice after 30 days from the date of this notice, unless good cause is shown why service was not made within the time limits established by Rule 4, Arizona Rules of Civil Procedure, and that additional time should be granted within which to accomplish service.

If you have reason to believe this notice has been issued in error please call **Case Management Services, Dismissal Desk, at 520-724-3551.**

BY:    Andrea Borbon-Robles
        Case Management Services

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

PLAINTIFF                    **VS**          DEFENDANT

GONZALES, CARMEN                          NUMOTION
                                         INVACARE
                                         ALBER GMBH

cc:    MICHAEL E. MEDINA JR, ESQ.
       STEVEN ERIC WEINBERGER, ESQ.
       TAYLOR CALMELAT, ESQ.

FILED
Gary Harrison
CLERK, SUPERIOR COURT
5/16/2023 4:20:12 PM
BY: ALAN WALKER /s/
DEPUTY
C20231090
HON. CYNTHIA T. KUHN

IN THE SUPERIOR COURT, OF THE STATE OF ARIZONA
IN AND FOR THE COUNTY OF PIMA
CASE NUMBER: C2023-1090

CARMEN GONZALES

      PLAINTIFFS                DECLARATION OF SERVICE

    VS.

NUMOTION et al.,

                              HON. CYNTHIA T. KUHN
    DEFENDANTS

WAYNE LAMB, being duly sworn, deposes and states that he is fully qualified to serve process in this cause, having been so appointed by the Court. That he received a SUMMONS AND COMPLAINT, RULE 102a FASTAR CERTIFICATE from the PLAINTIFFS. That a true copy of the aforementioned documents was served upon:

UPON: NUMOTION
BY SERVING: NUMOTION/Abida/Company Employee -who stated she was authorized to accept service at the place of business.

ADDRESS: 760 E. MCDOWELL RD PHOENIX, AZ. 85006
DATE AND TIME: 5/8/2023   9:32 AM        XX BUSINESS

WAYNE LAMB
LICENSED PROCESS SERVER
AZPSERVICE

AFFIANT
MARICOPA
#mc-8690